**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Eaton Veterinary Laboratories, Inc., | ) | No. CV-07-441-PHX-JAT |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Wells Fargo Merchant Services, LLC; et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**IT IS ORDERED** that on March 19, 2007 at 10:45 a.m., Defendants shall appear and show cause why this case should not be remanded for failure to allege a basis for federal subject matter jurisdiction. Specifically,

> Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner. *Carden v. Arkoma Associates*, 494 U.S. 185 (1990). ... [L]imited liability companies are citizens of every state of which any member is a citizen.

*Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006). Defendants failed to properly allege the citizenship of Wells Fargo Member Service, LLC.

DATED this 12th day of March, 2007.

James A. Teilborg
United States District Judge